IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| JOHN J. NAVARRO,<br><br>    Plaintiff,<br><br>  v.<br><br>CORRECTIONAL OFFICER VINDIOLA, et al.,<br><br>    Defendants. | No. C 09-01858 SBA (PR)<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO SCREEN COMPLAINT PURSUANT TO 28 U.S.C. § 1915A** |

Plaintiff, a state prisoner, filed this pro se civil rights action under 42 U.S.C. § 1983. Because Plaintiff has paid the full filing fee, summons for all the named Defendants were issued by the Clerk of the Court and sent to Plaintiff to serve.

Defendants Vindiola and Rodriguez, who are represented by the State Attorney General's Office, have filed a waiver of their right to reply to the complaint, a demand for a jury trial, and a motion asking the Court to screen the complaint under 28 U.S.C. § 1915A.

Because this case is filed by a prisoner, the Court must engage in a preliminary screening of the complaint.

Accordingly, Defendants Vindiola's and Rodriguez's motion to screen the complaint is GRANTED. The Court will conduct its initial review of the complaint pursuant to 28 U.S.C. § 1915A in a separate written Order.

This Order terminates Docket no. 6.

IT IS SO ORDERED.

DATED: 10/19/09

SAUNDRA BROWN ARMSTRONG
United States District Judge

P:\PRO-SE\SBA\CR.09\Navarro1858.grantSCREEN.wpd

**United States District Court**
**For the Northern District of California**

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

JOHN J. NAVARRO,

        Plaintiff,

v.

CORRECTIONAL OFFICER VINDIOLA (SVSP), ET AL et al,

        Defendant.
_____/

Case Number: CV09-01858 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 22, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

John J. Navarro T-75240
California State Prison - Corcoran
P.O. Box 3476
Corcoran, CA 93212-3476

Dated: October 22, 2009

        Richard W. Wieking, Clerk
        By: LISA R CLARK, Deputy Clerk

P:\PRO-SE\SBA\CR.09\Navarro1858.grantSCREEN.wpd   2