IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOHN J. NAVARRO,**<br><br>Plaintiff,<br><br>v.<br><br>**VINDIOLA, et al.,**<br><br>Defendants. | Case No. C 09-1858 SBA (PR)<br><br>**ORDER GRANTING DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTION** |

Defendants S. Rodriguez and A. Vindiola filed a request under Local Rule 6-3 for an extension of time, up to and including September 7, 2010, to file a dispositive motion. The Court has read and considered Defendants' request, and good cause appearing,

IT IS HEREBY ORDERED that Defendants' request for an extension of time up to and including September 7, 2010, to file a dispositive motion is GRANTED. Plaintiff's opposition to Defendants' dispositive motion shall be filed with the court and served on Defendants no later than forty-five days after the date on which Defendants' motion is filed. If Defendants wish to file a reply brief, they shall do so no later than fifteen days after the date the opposition is filed.

Dated: 6/22/10

*Saundra B. Armstrong*
The Honorable Saundra B. Armstrong

1

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

JOHN J. NAVARRO,

        Plaintiff,

  v.

CORRECTIONAL OFFICER VINDIOLA
(SVSP), ET AL et al,

        Defendant.

Case Number: CV09-01858 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 24, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

John J. Navarro T-75240
California State Prison - Corcoran
P.O. Box 3476
Corcoran, CA 93212-3476

Dated: June 24, 2010

                Richard W. Wieking, Clerk
                By: LISA R CLARK, Deputy Clerk