IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN J. NAVARRO,<br><br>    Plaintiff,<br><br>v.<br><br>OFFICER VINDIOLA, et al.,<br><br>    Defendants._____ / | No. C 09-01858 SBA (PR)<br><br>**ORDER GRANTING PLAINTIFF A BRIEF EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

Plaintiff Navarro has filed a request for an extension of time in which to file his opposition to Defendants' Motion for Summary Judgment.

Plaintiff Navarro's opposition to Defendants' motion for summary judgment is presently overdue. Plaintiff Navarro claims that he is "asking for an extension because we're trying to locate where C/O S. Rodrigues [sic] is . . . ." (Mot. for EOT at 1.)

First, the Court notes that Defendant Rodriguez has already been served in this action. Second, the Court points out that Plaintiff Navarro's action has been related to another action, <u>Lopez v. Vindiola</u>, Case No. C 09-03869 (SBA) (PR). In Plaintiff Lopez's action, Defendants' counsel has recently accepted service on behalf of Defendant Rodriguez. (<u>See</u> Def. S. Rodriguez's Notice of Appearance dated Nov. 15, 2010 in Case No. C 09-03869 (SBA) (PR).) Because Defendants' counsel has already filed a notice of appearance for Defendant Rodriguez in both actions, neither Plaintiff needs to locate Defendant Rodriguez. Therefore, the Court finds that only a brief extension time in which to file his opposition to Defendants' motion should be granted. The time in which Plaintiff Navarro may file his opposition will be extended up to and including **December 30, 2010.** If Defendants wish to file a reply brief, they shall do so no later than **fifteen (15) days** after the date Plaintiff Navarro's opposition is filed. **No further extensions of time will be granted in this case absent exigent circumstances.**

IT IS SO ORDERED.

DATED: 12/9/10

                                               *Saundra B Armstrong*
                                             SAUNDRA BROWN ARMSTRONG
                                             United States District Judge

G:\PRO-SE\SBA\CR.09\Navarro1858.EOT-Oppo.frm

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN J. NAVARRO, | Case Number: CV09-01858 SBA |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| CORRECTIONAL OFFICER VINDIOLA (SVSP), ET AL et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 10, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

John J. Navarro T-75240
California State Prison - Corcoran
P.O. Box 3476
Corcoran,  CA 93212-3476

Dated: December 10, 2010

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk