IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**IN RE RELATED CASES:**

| | |
|---|---|
| JOHN J. NAVARRO, | No. C 09-1858 SBA (PR) |
| Plaintiff, | **ORDER DIRECTING DEFENDANTS TO PROVIDE COMPLETE COPY OF TRANSCRIPT OF PLAINTIFF NAVARRO'S AUGUST 3, 2010 DEPOSITION** |
| v. | |
| CORRECTIONAL OFFICER VINDIOLA, et al., | |
| Defendants. / | |
| MANUEL LOPEZ, | No. C 09-3869 SBA (PR) |
| Plaintiff, | **ORDER DIRECTING DEFENDANTS TO PROVIDE COMPLETE COPY OF TRANSCRIPT OF PLAINTIFF LOPEZ'S AUGUST 19, 2010 DEPOSITION** |
| v. | |
| CORRECTIONAL OFFICER VINDIOLA, et al., | |
| Defendants. / | |

Plaintiffs John J. Navarro and Manuel Lopez filed separate civil rights actions under 42 U.S.C. § 1983, arising from a May 18, 2008 interaction with Salinas Valley State Prison Correctional Officers Vindiola and Rodriguez. On October 13, 2010, these two actions were related.

Before the Court are Defendants' motions for summary judgment under Federal Rule of Civil Procedure 56(c) in each of these actions. In support of their motions, Defendants attached the transcripts of Plaintiff Navarro's August 3, 2010 deposition and Plaintiff Lopez's August 19, 2010 deposition. The Court notes that each of the transcripts are missing pages.

Prior to ruling on the motions for summary judgment, the Court directs Defendants to provide it with complete copies of these transcripts no later than **three (3) days** from the date of this Order. This Order shall be filed in both actions.

IT IS SO ORDERED.

DATED: 6/10/11

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge

G:\PRO-SE\SBA\CR.09\Navarro1858&Lopez3869.depoPAGES.wpd

|   |   |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | FOR THE |
| 3 | NORTHERN DISTRICT OF CALIFORNIA |

| | |
|---|---|
| JOHN J. NAVARRO, | Case Number: CV09-01858 SBA |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| CORRECTIONAL OFFICER VINDIOLA (SVSP), ET AL et al, | |
| Defendant. | |

| | |
|---|---|
| LOPEZ et al, | |
| Plaintiff, | Case Number: CV09-03869 SBA |
| v. | **CERTIFICATE OF SERVICE** |
| VINDIOLA et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 13, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

John J. Navarro T-75240
California State Prison - Kern Valley
P.O. Box 6000
Delano, CA 93216-6000

Manuel Lopez T-36760
Salinas Valley State Prison
P.O. Box 1050
Soledad, CA 93960-1050

Dated: June 13, 2011

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk

G:\PRO-SE\SBA\CR.09\Navarro1858&Lopez3869.depoPAGES.wpd

**United States District Court**
For the Northern District of California