IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**IN RE RELATED CASES:**

| | |
|---|---|
| JOHN J. NAVARRO, | No. C 09-1858 SBA (PR) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| CORRECTIONAL OFFICER VINDIOLA, et al., | |
| Defendants. / | |
| | No. C 09-3869 SBA (PR) |
| MANUEL LOPEZ, | **JUDGMENT** |
| Plaintiff, | |
| v. | |
| CORRECTIONAL OFFICER VINDIOLA, et al., | |
| Defendants. / | |

Pursuant to the Court's Order of today's date granting Defendants' motions for summary judgment in both actions, judgment is hereby entered in favor of Defendants Rodriguez and Vindiola and against Plaintiff. The parties shall bear their own costs.

This Order shall be filed in both actions.

IT IS SO ORDERED.

DATED: __7/25/11

SAUNDRA BROWN ARMSTRONG
United States District Judge

G:\PRO-SE\SBA\CR.09\Navarro1858&Lopez3869.jud.wpd

United States District Court
For the Northern District of California

1
2
3  UNITED STATES DISTRICT COURT
   FOR THE
4  NORTHERN DISTRICT OF CALIFORNIA

5  JOHN J. NAVARRO,
                                                    Case Number: CV09-01858 SBA
6           Plaintiff,
                                                    **CERTIFICATE OF SERVICE**
7      v.

8  CORRECTIONAL OFFICER VINDIOLA
   (SVSP), ET AL et al,
9
            Defendant.
10                                             /

11 I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District
   Court, Northern District of California.
12
   That on July 25, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said
13 copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said
   envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle
14 located in the Clerk's office.

15
16
17 John J. Navarro T-75240
   California State Prison - Kern Valley
   P.O. Box 6000
18 Delano, CA 93216-6000

19 Manuel Lopez T-36760
   Salinas Valley State Prison
20 P.O. Box 1050
   Soledad, CA 93960-1050
21

22 Dated: July 25, 2011
                                                    Richard W. Wieking, Clerk
23                                                  By: LISA R CLARK, Deputy Clerk

24
25
26
27
28

G:\PRO-SE\SBA\CR.09\Navarro1858&Lopez3869.jud.wpd        2